■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent v VALFANSO DeWITT, Appellant. [978 NYS2d 707]—Appeal from an order of the Cayuga County Court (Thomas G. Leone, J.), entered November 10, 2011. The order denied the motion of defendant for resentencing pursuant to the Drug Law Reform Acts of 2004, 2005 and 2009.

It is hereby ordered that the order so appealed from is unanimously affirmed. Present—Smith, J.P., Fahey, Lindley, Sconiers and Whalen, JJ.